CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

JUN 18 2007

JOHN F. CORCORAN, CLERK
BY: HMcDonald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| MELVIN CONNELL DODSON, #338585,<br>Petitioner, | )<br>)<br>) Civil Action No. 7:07cv00008 |
| v. | )<br>) **FINAL ORDER**<br>) |
| GENE M. JOHNSON, Director of<br>Virginia Department of Corrections,<br>Respondent. | )<br>) By: Jackson L. Kiser<br>) Senior U.S. District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED and ADJUDGED**

that

1) Petitioner's motions for evidentiary hearings [Docket #7 and #23] are **DENIED as MOOT**;

2) Petitioner's "motion to reopen case properly presented to Henry County Circuit Court" [Docket #8] is **DENIED as MOOT**;

3) Petitioner's motion for supplemental brief attachment [Docket #16] is **GRANTED**;

4) Respondent's motion to dismiss shall be and hereby is **GRANTED**;

5) Dodson's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 shall be and hereby is **DISMISSED**;

6) This action shall be **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send a certified copy of this Order and accompanying Memorandum Opinion to the petitioner and respondent.

ENTER: This 18th day of June, 2007.

/s/ Jackson L. Kiser
Senior U.S. District Judge